1  John P. Kristensen (SBN 224132)
2  Jesenia A. Martinez (SBN 316969)
   Alejandro Marin (SBN 33251891)
3  **KRISTENSEN LLP**
4  12540 Beatrice Street, Suite 200
   Los Angeles, California 90066
5  Telephone: 310-507-7924
6  Facsimile:  310-507-7906
   *john@kristensenlaw.com*
7  *jesenia@kristensenlaw.com*
8  *jacob@kristensenlaw.com*

9  Jarrett Ellzey (*Pro Hac Vice*)
   Texas Bar No. 24040864
10 **HUGHES ELLZEY, LLP**
11 1105 Milford Street
   Houston, Texas 77066
12 Telephone: (713) 554-2377
13 Facsimile: (888) 995-3335
   *jarrett@hughesellzey.com*
14

15 *Attorneys for Plaintiffs*

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANGELICA MORA, an individual, | Case No.: 2:20-cv-00414 JFW (JCx) |
| Plaintiff, | **COLLECTIVE ACTION** |
| vs. | **NOTICE OF SETTLEMENT** |
| STARS PLANET, INC. DBA SILVER REIGN GENTLEMEN'S CLUB, a California Corporation; JOE DIAZ, an individual; STANLEY YANG, an individual; BECKY SHEELY, an individual; DAVID CHEW, an individual; DOE MANAGER 3; and DOES 4-100, inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT
– 1 –

**COMES NOW** plaintiffs Angelica Mora, Giselle Ojeda, Wanda Brock, Amande Desimone, Sara Gohl, Monica Huldt, Asppen Webber, Amara Paladino, Yordanka Parra Guerrero, Janee Collins, Louise Chatkowski, and Jessica Schloss (collectively, "Plaintiffs") and informs this Court that Plaintiffs and defendants Stars Planet, Inc. dba Silver Reign Gentleman's Club, Joe Diaz, Stanley Yang, Becky Sheely and David Chew (collectively "Defendants") attended an all-day mediation with Hon. Carl West (Ret.) on November 25, 2020. The parties continued to negotiate and reached an agreement in principle on January 1, 2021. An executed agreement was finalized on January 21, 2021.

Plaintiffs request that this Court vacate all pending dates and deadlines and allow thirty (30) days within which to file a motion for approval pursuant to the Fair Labor Standards Act.

Dated: January 21, 2021

Respectfully submitted,

**KRISTENSEN LLP & HUGHES ELLZEY, LLP**

*/s/ John P. Kristensen*
John P. Kristensen
Jarrett L. Ellzey
Jesenia A. Martinez
Alejandro Marin
***Attorneys for Plaintiffs***

# **CERTIFICATE OF SERVICE**

      I certify that on Thursday, January 21, 2021, a true and correct copy of the attached **NOTICE OF SETTLEMENT** was served via CM/ECF to all participants of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

Robert C. Hayden
**EZER WILLIAMSON LAW**
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503
Email: *rch@ezerwilliamsonlaw.com*

*Attorney for Defendants*
**STARS PLANET INC. DBA SILVER REIGN GENTLEMEN'S CLUB, STANLEY YANG, BECKY SHEELY, AND DAVID CHEW**

Harold Greenberg
Joshua Tey
**LAW FIRM OF HAROLD GREENBERG**
2263 South Harvard Boulevard
Los Angeles, CA 90018
Email: *harold@hglaw.pro*
Email: *joshua@hglaw.pro*
Email: *melisa@hglaw.pro*

*Attorneys for Defendant*
**JOE DIAZ**

                                            */s/ John P. Kristensen*
                                              John P. Kristensen